UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED CV 15-01069-RAO | Date: | December 21, 2015 |
| Title: | Robert Perez v. Carolyn W. Colvin | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner (s): | Attorneys Present for Defendant(s): |
|---|---|
| n/a | n/a |

**Proceedings:**   (In Chambers) **ORDER PLAINTIFF TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

Plaintiff Robert Perez filed a complaint asking the Court to reverse the decision of the Commissioner of Social Security. (Dkt. No. 1.)

On November 24, 2015, the parties submitted a stipulation asking to extend the briefing schedule in this matter, which the Court granted. (Dkt. Nos. 17, 18.) By the terms of the parties' stipulation, Plaintiff's Memorandum in Support of the Complaint was due on December 18, 2015.

As of December 21, 2015, the Court has not received Plaintiff's Memorandum in Support of the Complaint.

Plaintiff is hereby ordered to show cause why this matter should not be dismissed for failure to prosecute. **By no later than December 28, 2015**, Plaintiff shall either (1) file his Memorandum in Support of the Complaint, or (2) submit to the Court the reasons for failing to timely file such memorandum.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | gr |